| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Ryan Hicks, 260284<br>Hoyer & Hicks<br>4 Embarcadero Center, 14th Floor<br>San Francisco, CA 94111<br>TELEPHONE NO.: (415) 766-3536<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Eastern District of California<br>501 I Street Suite 4-200<br>Sacramento, CA 95814-0000 | |
| PLAINTIFF/PETITIONER: Robert Osterkamp<br>DEFENDANT/RESPONDENT: Broadspectrum Downstream Services Inc. | CASE NUMBER:<br>2:16-CV-02064-TLN-EFB |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Osterkamp |

**BY FAX**

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Complaint, Civil Cover Sheet, Summons, Order Requiring Joint Status Report, Notice Re Magistrate Judge, Notice

3. a. Party served: BROADSPECTRUM DOWNSTREAM SERVICES, INC.,

   b. Person Served: CSC - Becky DeGeorge - Person Authorized to Accept Service of Process

4. Address where the party was served: 2710 N Gateway Oaks Dr, Ste 150
   Sacramento, CA 95833
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 08/30/2016 (2) at (time): 2:10PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   BROADSPECTRUM DOWNSTREAM SERVICES, INC.,
   under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name: Christine E. Martin
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone 415-491-0606
   d. The fee for service was: $ 37.95
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2014-11
         (iii) County: Sacramento
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 08/30/2016

Christine E. Martin
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 10513055