Patrick C. Mullin (State Bar No. 72041)
Douglas G.A. Johnston (State Bar No. 268880)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  mullinp@jacksonlewis.com
E-mail:  douglas.johnston@jacksonlewis.com

Attorneys for Defendant
BROADSPECTRUM DOWNSTREAM SERVICES, INC., a Delaware Corporation, erroneously sued herein as
BROADSPECTRUM DOWNSTREAM SERVICES, INC., a Delaware Corporation, d/b/a TRANSFIELD SERVICES INC. d/b/a TIMEC INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OSTERKAMP, and individual, | Case No.  2:16-cv-02064-TLN-EFB |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| BROADSPECTRUM DOWNSTREAM SERVICES, INC., a Delaware Corporation, d/b/a TRANSFIELD SERVICES INC. d/b/a TIMEC INC., and DOES 1-25, | Complaint Filed:  08/29/2016<br>Trial Date:  None Set |
| Defendants, | |

Pursuant to Civil Local Rule 144(a), Defendant Broadspectrum Downstream Services, Inc. and Plaintiff Robert Osterkamp and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Osterkamp served his Complaint on August 30, 2016;

WHEREAS, Broadspectrum currently has until September 20, 2016 to answer or respond to Osterkamp's Complaint;

WHEREAS, Broadspectrum has requested and Osterkamp has consented to an additional 14 days for Broadspectrum to answer or respond to Osterkamp's Complaint;

WHEREAS, an additional 14 days for Broadspectrum's answer or respond to Osterkamp's Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Broadspectrum shall answer or otherwise respond to Osterkamp's Complaint by October 4, 2016.

Dated: September 20, 2016                         JACKSON LEWIS P.C.

By: /s/ Douglas G.A. Johnston
Patrick C. Mullin
Douglas G.A. Johnston
Attorneys for Defendant
BROADSPECTRUM DOWNSTREAM
SERVICES, INC., a Delaware Corporation

Dated: September 20, 2016                         HOYER & HICKS

By: /s/ Ryan L. Hicks (as authorized on 9/20/16)
Richard A. Hoyer
Ryan L. Hicks
Attorneys for Plaintiff
ROBERT OSTERKAMP

4838-8725-5865, v. 1