UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| ROBERT OSTERKAMP, an individual,<br>    Plaintiff,<br>    v.<br>BROADSPECTRUM DOWNSTREAM SERVICES, INC., a Delaware corporation, d/b/a TRANSFIELD SERRVICES INC., d/b/a TIMEC INC., and DOES 1-25,<br>    Defendants. | No. 2:16-cv-02064-SB<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE PLAINTIFF'S AMENDED COMPLAINT** |

Before the Court is the parties' Stipulation Requesting Leave to File an Amended Complaint, ECF No. 9. Plaintiff's Complaint, ECF No. 1, was filed on August 29, 2016. Defendant filed its First Amended Answer on October 14, 2016. ECF No. 8. Fed. R. Civ. P. 15(a)(2) provides that where a party is not entitled to amend as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave." The parties certify that they have agreed that Plaintiff should be given leave to file his First Amended Complaint and stipulated to the filing of Plaintiff's Amended Complaint. ECF No. 9. The Court finds good cause to grant the motion and docket the proposed amended complaint.

**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE PLAINTIFF'S AMENDED COMPLAINT** + 1

Accordingly, **IT IS ORDERED:**

1. Parties' Stipulated Motion for Leave to File Plaintiff's Amended Complaint, ECF No. 9, is **GRANTED**.
2. Defendant shall have 21 days after the filing of Plaintiff's Amended Complaint to file any response thereto.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and docket Plaintiff's Amended Complaint, located at ECF No. 9, Exhibit 1.

**DATED** this 8th day of November 2016.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE PLAINTIFF'S AMENDED COMPLAINT** + 2