**FILED**

Apr 23, 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OSTERKAMP, an individual,<br><br>     Plaintiff,<br><br>     v.<br><br>BROADSPECTRUM DOWNSTREAM<br>SERVICES, INC., a Delaware corporation,<br>d/b/a TRANSFIELD SERVICES INC.<br>d/b/a TIMEC INC.; and DOES 1-25,<br><br>     Defendants. | NO. 2:16-cv-02064-SB<br><br>**ORDER** |

     The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, **IT IS HEREBY ORDERED:**

     1.  That within thirty days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

//
//
//
//
//
//

**ORDER** + 1

2.  That all deadlines are **VACATED** and any pending motions are **DENIED as moot**. The pretrial conference of April 30, 2018 and trial date of May 21, 2018 are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 23rd day of April 2018.



Stanley A. Bastian
United States District Judge