UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OSTERKAMP, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROADSPECTRUM DOWNSTREAM SERVICES, INC., a Delaware corporation, d/b/a TRANSFIELD SERVICES INC. d/b/a TIMEC INC.; and DOES 1-25,<br><br>　　　　Defendants. | NO. 2:16-cv-02064-SB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice of Entire Action and All Parties, ECF No. 26. The parties stipulate and request the Court dismiss this action with prejudice and without costs or fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' joint request, the Court accepts the stipulation, enters it into the record, and dismisses this action with prejudice.

//
//
//
//
//
//

**ORDER OF DISMISSAL** + 1

**Accordingly, IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation for Dismissal With Prejudice of Entire Action and All Parties, ECF No. 26, is **accepted** and **entered** into the record.

2. This action is **DISMISSED with prejudice** and without costs or fees to any party.

3. All deadlines are **VACATED** and any pending motions are **DENIED as moot**.

4. All scheduled hearings and trial dates, if any, are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 7th day of May 2018.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** + 2